PROB 12C
(6/16)

Report Date: April 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Travis M. McGuire | | Case Number: 0980 2:08CR00176-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ | | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 2, 2009

| | |
|---|---|
| Original Offense: | Possession With the Intent to Distribute 40 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(November 24, 2015) | Prison - 146 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | September 18, 2021 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | September 17, 2026 |

### PETITIONING THE COURT

To issue a **warrant**.

On September 22, 2021, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. McGuire as outlined in the judgment and sentence. Mr. McGuire acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Travis McGuire allegedly violated the above-stated condition on April 17, 2024, by being indicted in the Eastern District of Washington under case number 1:24-CR-2027-SAB-4 for the following charges: continuing criminal enterprise, attempted possession with intent to distribute 40 grams or more of fentanyl, attempted possession with intent to distribute cocaine, conspiracy to money launder, and three (3) counts of conspiracy to distribute a controlled substance. |

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: McGuire, Travis**
**April 19, 2024**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/19/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] Other   Defendant to appear before the magistrate judge

Signature of Judicial Officer

April 19, 2024
Date