PROB 12C
(6/16)

Report Date: October 29, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2024

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Travis M. McGuire | | Case Number: 0980 2:08CR00176-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99205 | | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 2, 2009

| | | |
|---|---|---|
| Original Offense: | Possession with the Intent to Distribute 40 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(November 24, 2015) | Prison - 146 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Caitlin A Baunsgard | Date Supervision Commenced: September 18, 2021 |
| Defense Attorney: | Sandy D. Baggett | Date Supervision Expires: September 17, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/19/2024.

On September 22, 2021, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. McGuire as outlined in the judgment and sentence. Mr. McGuire acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Travis McGuire allegedly violated the above-stated condition. On October 22, 2024, Mr. McGuire was before the Court based upon a superseding indictment in the Eastern District of Washington under case number 1:24CR02027-SAB-4 for the following additional charges: continuing criminal enterprise, conspiracy to launder money, conspiracy to distribute a controlled substance, conspiracy to unlawfully use the U.S. mails, attempt to possess with intent to distribute 40 grams or more of fentanyl, attempt to possess |

Prob12C
Re: McGuire, Travis M
October 29, 2024
Page 2

with intent to distribute cocaine, possession with intent to distribute 500 grams or more of methamphetamine, possession of a firearm in furtherance of drug trafficking, felon in possession of a firearm, possession of a stolen firearm, possession with intent to distribute cocaine and forfeiture allegations.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/29/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/30/2024
Date